## 27683. TRULUCK v. AULT.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*
DECIDED APRIL 13, 1973.

Calvin Truluck, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 27831. ANDERSON v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*
DECIDED MAY 10, 1973.

Robert Ed Anderson, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.